IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-1379-TFH |
| ) | |
| JANIS KARPINSKI, ) | |
| ) | |
| Defendants ) | |

**PRAECIPE**

PLEASE ENTER THE APPEARANCE of Michael L. Martinez, Paul D. Flynn, and Matthew F. Scarlato of Crowell & Moring LLP, as counsel in this matter for Defendant Janis Karpinski.

Respectfully submitted,

*/s/ Michael L. Martinez*
Michael L. Martinez, DC Bar #347310
Paul D. Flynn, DC Bar #492539
Matthew F. Scarlato, DC Bar #484124
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Counsel for Defendant

October 26, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that this 26th day of October, 2005, I sent one copy of the foregoing Praecipe via First Class United States Mail to the following counsel in this matter:

Bill Lann Lee, Esq.
Elizabeth J. Cabraser, Esq.
Chimene I. Keitner, Esq.
Nirej S. Sekhon, Esq.
Leiff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, Suite 3000
San Francisco, CA. 94111-3339

Steven L. Braga, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Marcus Meeks, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 7146 Ben Franklin Station
Washington, D.C. 20044

Lucas Guttentag, Esq.
Cecillia Wang, Esq.
American Civil Liberties Union Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA. 94612

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C. 20004

_____
Michael L. Martinez

2660577