UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ARKAN MOHAMED ALI, *et al.*,

        Plaintiffs,

v.                                                                      No. 05-cv-1378 (TFH)

DONALD H. RUMSFELD,

        Defendant.
_____

_____

ARKAN MOHAMED ALI, *et al.*,

        Plaintiffs,

v.                                                                      No. 05-cv-1379 (TFH)

JANIS KARPINSKI,

        Defendant.
_____

_____

ARKAN MOHAMED ALI, *et al.*,

        Plaintiffs,

v.                                                                      No. 05-cv-1380 (TFH)

RICARDO SANCHEZ,

        Defendant.
_____

_____

ARKAN MOHAMED ALI, *et al.*,

        Plaintiffs,

v.                                                                      No. 05-cv-1377 (TFH)

THOMAS PAPPAS,

        Defendant.
_____

**NOTICE OF APPEARANCE**

The Clerk will please note the appearance of Arthur B. Spitzer as counsel for plaintiffs in each of these cases.

                                                _____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

Tel: (202) 457-0800
Fax: (202) 452-1868
E-mail: artspitzer@aol.com

Counsel for Plaintiffs

November 21, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of this Notice of Appearance on the following counsel by first-class mail, postage prepaid, this 21st day of November, 2005:

Bill Lann Lee, Esq.
Elizabeth J. Cabraser, Esq.
Chimene I. Keitner, Esq.
Nirej S. Sekhon, Esq.
Leiff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111

Lucas Guttentag, Esq.
Cecilla Wang, Esq.
American Civil Liberties Union Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612

Marcus Meeks, Esq.
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

Mark E. Nagle, Esq.
Troutman Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, DC 20004

Steven L. Braga, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark T. Stancil, Esq.
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW, Suite 1300
Washington, DC 20004

Michael L. Martinez, Esq.
Paul D. Flynn, Esq.
Matthew F. Scarlato, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

_____
Arthur B. Spitzer