UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.,* | |
| Plaintiffs, | |
| v. | No. 05-cv-1377 |
| (TFH) | |
| THOMAS PAPPAS, | |
| Defendant. | |
| ARKAN MOHAMMED ALI, *et al.,* | |
| Plaintiffs, | |
| v. | No. 05-cv-1378 |
| (TFH) | |
| DONALD H. RUMSFELD, | |
| Defendant. | |
| ARKAN MOHAMMED ALI, *et al.,* | |
| Plaintiffs, | |
| v. | No. 05-cv-1379 |
| (TFH) | |
| JANIS KARPINSKI, | |
| Defendant. | |
| ARKAN MOHAMMED ALI, *et al.,* | |
| Plaintiffs, | |
| v. | No. 05-cv-1380 |
| (TFH) | |
| RICARDO SANCHEZ, | |
| Defendant. | |

**JOINT MOTION TO SUSPEND LOCAL CIVIL RULE 5.1(E)
AND 11.1 OBLIGATIONS TO FILE RESIDENCE ADDRESSES**

Local Civil Rules 5.1(e) and 11.1 provide that the first filing by a party shall include his or her residence address.   All parties hereby move to suspend their obligation to provide their residence addresses on the public record of this case, because they are concerned that doing so may lead to harassment or security risks for themselves and their families because of their identity or because of the nature of the case.   While the plaintiffs have not felt it necessary to seek leave to proceed as John Does, putting their residence addresses on a document that can be accessed by any person in the world with a computer gives them a significant additional element of concern.   The defendants likewise have obvious reasons for wishing to keep their residence addresses off of the World Wide Web.

This Court has officially recognized that privacy issues have been magnified by the implementation of electronic filing of court documents.   The local civil rules now provide that the "personal identifiers" of Social Security numbers, financial account numbers, dates of birth and the names of minor children are to be "excluded, or redacted" from all electronically filed documents.   Local Civil Rule 5.4(f).   In a case like this, disclosure of a party's residence address also presents privacy and security issues.

Presented with a similar motion in the recent case of *Kar v. Bush*, 05-cv-1348 (JR) (DDC), Judge Robertson ordered that the petitioners' obligation to provide their residence addresses in that case be suspended.   *See* Order [11] filed July 11, 2005.

We note also that the District of Columbia Court of Appeals has just published a Notice of Proposed Rule Change to its Civil Rule 5 to provide that "[h]ome addresses are to be excluded from any public filing."   In an accompanying explanatory comment, the Court notes that the amendment

expresses the Court's concern about access to, and dissemination of,

private information in the Court's public records to the detriment of individuals whose privacy is compromised simply because their otherwise private information is contained in court filings. The risk of invasion of privacy is heightened where the court's public records are made available through the internet.

134 Daily Wash. Law Rptr. 21 (January 4, 2006).

Should the Court desire that the parties' residence addresses be in the record, the

parties ask that they be allowed to file them under seal and subject to a protective order.

Wherefore the motion should be granted.  A proposed order is filed herewith.

Respectfully submitted,

LUCAS GUTTENTAG
CECILLIA D. WANG
American Civil Liberties Union
    Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612
(510) 625-2010

STEVEN R. SHAPIRO
OMAR C. JADWAT
AMRIT SINGH
STEVEN WATT
American Civil Liberties Union
    Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

MICHAEL POSNER*
DEBORAH PEARLSTEIN*
HINA SHAMSI*
PRITI PATEL*
Human Rights First
333 Seventh Avenue, 13th Floor
New York, NY 10001-5004
(212) 845 5200

BILL LANN LEE
CHIMÈNE I. KEITNER
NIREJ S. SEKHON
Lieff Cabraser Heimann & Bernstein
LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
(415) 956-1000

_____/s/_____
ARTHUR B. SPITZER
D.C. Bar No. 235960
American Civil Liberties Union
    of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

JOHN D. HUTSON*
RADM, JAGC, USN (ret.)
Of Counsel, Human Rights First
Human Rights First
2 White Street
Concord, NH 03301
(603) 228-1074

JAMES P. CULLEN*
BG, JAGC, USA (ret.)
Of Counsel, Human Rights First
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1565

DAVID RUDOVSKY
Kairys, Rudovsky, Epstein & Messing
LLP
924 Cherry St., Suite 500
Philadelphia PA 19107
(215) 925-4400

PAUL HOFFMAN
Schonbrun DeSimone Seplow Harris &
    Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
(310) 396-0731

ERWIN CHEMERINSKY
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC  27707
(919) 613-7173

Counsel for Plaintiffs*


                              /s/
        /s/                   _____
_____       Michael L. Martinez
J. Marcus Meeks                  D.C. Bar No. 347310
  D.C. Bar No. 472072          Crowell & Moring LLP
United States Department of Justice    1001 Pennsylvania Avenue, N.W.
Torts Branch, Civil Division   Washington, D.C. 20004-2595
P.O. Box 7146                  Telephone: (202) 624-2945
Ben Franklin Station
Washington D.C., 20044         Counsel for Defendant Janis Karpinski
Telephone: (202) 616-4176

Counsel for Defendant Donald Rumsfeld          /s/
                               _____
                               Stephen L. Braga
        /s/                      D.C. Bar No. 366727
_____       Baker Botts LLP
Mark E. Nagle                  1299 Pennsylvania Ave., NW
  D.C. Bar No. 416364          Washington D.C., 20004
Troutman Sanders LLP           Telephone: (202) 639-7704
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134    Counsel for Defendant Ricardo Sanchez
Telephone: (202) 274-2972

Counsel for Defendant Thomas Pappas


January 6, 2006

_____
*  Plaintiffs' counsel marked with asterisks represent plaintiffs against defendant Rumsfeld only.