UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>                    Plaintiffs,<br>   v.<br>THOMAS PAPPAS,<br>                    Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>                    Plaintiffs,<br>   v.<br>DONALD H. RUMSFELD,<br>                    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br>                    Plaintiffs,<br>   v.<br>JANIS KARPINSKI,<br>                    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>                    Plaintiffs,<br>   v.<br>RICARDO SANCHEZ,<br>                    Defendant. | No. 05-cv-1380 (TFH) |

**CONSENT MOTION TO CONSOLIDATE FUTURE FILINGS**

The plaintiffs in these consolidated cases hereby move for an order directing that future filings in these cases, while they remain in this district, be made under the caption "*In re Iraq and Afghanistan Detainees Litigation*," that they be filed only in Docket No.

1

05-cv-1378, and that future papers filed in that docket be deemed to have been filed in all four cases. Counsel for all defendants consent to the entry of such an order.

### Points and Authorities

These cases, originally filed in four different federal districts, were consolidated by the Judicial Panel on Multidistrict Litigation and transferred to this District for pretrial proceedings pursuant to 28 U.S.C. § 1407. Each case has been assigned a different docket number here, and in recent weeks the parties and the Court have filed four identical copies of motions and orders, one in each docket. That quadruplicate filing is burdensome to the parties and the Court, and it serves no useful purpose.

It will serve the convenience of the parties and the Court, and the convenience of any members of the public who may wish to follow these cases through the Court's electronic docket system, for papers that pertain to any of these cases to be filed only in one docket, and for papers filed in that docket to be deemed to have been filed in all four cases.

Plaintiffs therefore propose that during the time these cases remain consolidated in this district, all future papers be filed only in Docket No. 05-cv-1378, *Ali v. Rumsfeld*. We suggest that docket because Secretary Rumsfeld is the only defendant who has been sued by all of the Plaintiffs. We further propose that future filings be made under the caption "*In re Iraq and Afghanistan Detainees Litigation*," which is the caption that was used by the Judicial Panel on Multidistrict Litigation in assigning these cases here, *see* JPML Transfer Order of June 17, 2005. Finally, we propose that all papers filed in that docket be deemed to have been filed in all four cases.

A proposed order is filed herewith.

Respectfully submitted,

| | |
|---|---|
| LUCAS GUTTENTAG<br>CECILLIA D. WANG<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>405 14th Street, Suite 300<br>Oakland, CA 94612<br>(510) 625-2010 | MICHAEL POSNER*<br>DEBORAH PEARLSTEIN*<br>HINA SHAMSI*<br>PRITI PATEL*<br>Human Rights First<br>333 Seventh Avenue, 13th Floor<br>New York, NY 10001-5004<br>(212) 845 5200 |
| STEVEN R. SHAPIRO<br>OMAR C. JADWAT<br>AMRIT SINGH<br>STEVEN WATT<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2500 | BILL LANN LEE<br>CHIMÈNE I. KEITNER<br>NIREJ S. SEKHON<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>(415) 956-1000 |
| _____/s/_____<br>ARTHUR B. SPITZER<br>D.C. Bar No. 235960<br>American Civil Liberties Union<br>  of the National Capital Area<br>1400 20th Street, N.W., Suite 119<br>Washington, D.C. 20036<br>(202) 457-0800 | JOHN D. HUTSON*<br>RADM, JAGC, USN (ret.)<br>Of Counsel, Human Rights First<br>Human Rights First<br>2 White Street<br>Concord, NH 03301<br>(603) 228-1074 |
| JAMES P. CULLEN*<br>BG, JAGC, USA (ret.)<br>Of Counsel, Human Rights First<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1565 | DAVID RUDOVSKY<br>Kairys, Rudovsky, Epstein & Messing LLP<br>924 Cherry St., Suite 500<br>Philadelphia PA 19107<br>(215) 925-4400 |
| PAUL HOFFMAN<br>Schonbrun DeSimone Seplow Harris &<br>    Hoffman LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>(310) 396-0731 | ERWIN CHEMERINSKY<br>Duke University School of Law<br>Science Drive & Towerview Rd.<br>Durham, NC  27707<br>(919) 613-7173 |

Counsel for Plaintiffs*

January 12, 2006

_____
      *  Plaintiffs' counsel marked with asterisks represent plaintiffs against defendant Rumsfeld only.