UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>THOMAS PAPPAS,<br>        Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>DONALD H. RUMSFELD,<br>        Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br>        Plaintiffs,<br>  v.<br>JANIS KARPINSKI,<br>        Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>        Plaintiffs,<br>  v.<br>RICARDO SANCHEZ,<br>        Defendant. | No. 05-cv-1380 (TFH) |

**ORDER**

Upon consideration of plaintiffs' motion to consolidate future filings and the consent thereto of all defendants, it appearing to the Court that it would serve the convenience of the parties, the Court, and the public to eliminate quadruplicate filings in these consolidated cases,  it is hereby

ORDERED, that during the time the above-captioned cases remain in this district, all papers to be filed in any of these cases shall be filed only in Docket No. 05-cv-1378, using the caption "*In re Iraq and Afghanistan Detainees Litigation*"; and it is further

ORDERED, that all papers filed in Docket No. 05-cv-1378 shall be deemed to have been filed in each of the above-captioned cases; and it is further

ORDERED, that a copy of this Order shall be filed in each of the above-captioned cases.

Dated: _____

_____
Thomas F. Hogan
Chief Judge