UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 — 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, et al.,<br><br>Plaintiffs,<br>v.<br>THOMAS PAPPAS,<br>Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMMED ALI, et al.,<br><br>Plaintiffs,<br>v.<br>DONALD H. RUMSFELD,<br>Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, et al.,<br>Plaintiffs,<br>v.<br>JANIS KARPINSKI,<br>Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, et al.,<br><br>Plaintiffs,<br>v.<br>RICARDO SANCHEZ,<br>Defendant. | No. 05-cv-1380 (TFH) |

**ORDER**

Upon consideration of the parties' joint motion to suspend their Local Civil Rule 5.1(e) and 11.1 obligations to file their residence addresses on the public record of this case, it apperaring to the court that there is good cause therefor, it is hereby

ORDERED that the motion is granted, and the parties shall not be required to include their residence addresses in their first-filed papers in this case.

Dated: 2 March 2006

*[signature]*
Thomas F. Hogan
Chief Judge