THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 05-1379-TFH |
| JANIS KARPINSKI, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEARANCE

Please notice the appearance of Aryeh S. Portnoy and Matthew F. Scarlato as additional counsel for Defendant Janis Karpinski in the above-captioned matter.

Respectfully submitted,

Dated:  March 6, 2006

_____/s/_____
Aryeh S. Portnoy, D.C. Bar No. 464507
Matthew F. Scarlato, D.C. Bar No. 484124
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Phone: (202) 624-2500
Fax: (202) 628-5116

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2006, I caused a copy of the foregoing Notice of Appearance to be served upon all counsel of record via ECF and electronic mail as set forth below:

**Arthur B. Spitzer**
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036
Email: artspitzer@aol.com

*Counsel for All Plaintiffs*

**Mark E. Nagle**
Troutman Sanders LLP
401 Ninth St, N.W.
Suite 1000
Washington DC 20004
mark.nagle@troutmansanders.com

*Counsel for Thomas Pappas*

**Stephen L. Braga**
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
stephen.braga@bakerbotts.com

*Counsel for Ricardo Sanchez*

**J. Marcus Meeks**
United States Department of Justice
Torts Branch, Civil Division
P. O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Marcus.meeks@usdoj.gov

*Counsel for Donald H. Rumsfeld and the United States*

Dated: March 6, 2006                _____/s/_____
                                    Matthew F. Scarlato