THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JANIS KARPINSKI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-1379-TFH<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

Defendant Janis Karpinski has moved, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), for dismissal of all causes of action stated in Plaintiffs' Consolidated Amended Complaint. The parties have fully briefed the issues, and, upon consideration by this Court of the arguments made by the parties, its is hereby ORDERED that the motion to dismiss is GRANTED in its entirety. All six causes of action stated in Plaintiffs' complaint are hereby dismissed without prejudice.

IT IS SO ORDERED.

_____
Chief Judge Thomas F. Hogan
U.S.D.C., District of Columbia

Dated:

## ATTORNEYS OF RECORD

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
Voice: (202) 457-0800
Fax: (202) 452-1868
Email: artspitzer@aol.com

*Counsel for Plaintiffs*

**Michael L. Martinez**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Voice: (202)624-2500
Fax: (202) 628-5116
Email: mmartinez@crowell.com

*Counsel for Defendant Janis Karpinski*