IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | |
| Arkan Mohammed ALI, et al.,<br><br>   Plaintiffs,<br>v.<br><br>Janis KARPINSKI<br><br>   Defendant. | Civ. No. 05-1379 (TFH) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

 I, Timothy P. Garren, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 (2005), hereby certify that I have read the consolidated amended complaint in this case. On the basis of the information now available, I find that at the time of the conduct alleged in the complaint the individual defendant, Colonel Janis Karpinski, was acting within the scope of her employment as an employee of the United States.

Dated: March 1, 2006

                    _/s/ Timothy P. Garren_
                    TIMOTHY P. GARREN
                    Director
                    Torts Branch, Civil Division
                    U.S. Department of Justice