# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7086**　　　　　　　　　　**September Term, 2006**

05cv01379

Filed On:

Arkan Mohammed Ali, et al.,
　　Appellants

v.

Janis Karpinski,
　　Appellee

FILED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 04 2007
CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that the Clerk is directed to note the docket to reflect that this case is terminated as having been opened in error.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　　　/s/ Langer
　　　　　　　　　　　　　　　　Nancy G. Dunn
　　　　　　　　　　　　　　　　Deputy Clerk

*New case number - 07-5186*